# UNITED STATES COURT OF INTERNATIONAL TRADE
### Before: The Hon. Stephen Alexander Vaden, Judge

|  |  |
|---|---|
| ELLWOOD CITY FORGE COMPANY, ET AL., | ) |
| *Plaintiffs*, | ) |
| v. | ) Ct. No. 21-00077 |
| UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| BGH EDELSTAHL SIEGEN GMBH, | ) |
| *Defendant-Intervenor*. | ) |

### ORDER

On consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 and *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

ORDERED that the parties will file all pleadings, motions, or other papers in the lead case, *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: May 7, 2021
New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE
Before: The Hon. Stephen Alexander Vaden, Judge

| | |
|---|---|
| BGH Edelstahl Siegen GmbH, *Plaintiff*, v. United States, *Defendant*, and Ellwood City Forge Company, et al., *Defendant-Intervenors*. | Ct. No. 21-00079 |

## ORDER

On consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 and *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

ORDERED that the parties will file all pleadings, motions, or other papers in the lead case, *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: May 7, 2021
New York, New York