## UNITED STATES COURT OF INTERNATIONAL TRADE

ELLWOOD CITY FORGE COMPANY,
ELLWOOD NATIONAL STEEL
COMPANY, ELLWOOD QUALITY
STEELS COMPANY, and A. FINKL &
SONS,

     *Plaintiffs,*

v.

UNITED STATES,

     *Defendant,*
and

BGH EDELSTAHL SIEGEN GMBH,

     *Defendant-Intervenor.*

Before: Stephen Alexander Vaden,
Judge

Court No. 1:21-cv-00077

## ORDER

On consideration of Plaintiffs' Motion for Leave to Reply to Section III of Defendant's Response to Plaintiffs' Comments in Opposition to Commerce's Remand Redetermination, ECF No. 68, and good cause having been shown, Plaintiffs' Motion is hereby **GRANTED**; it is further **ORDERED** that:

Plaintiffs' Reply Brief, ECF No. 68–1, is deemed filed.

**SO ORDERED.**

_____
Judge Stephen Alexander Vaden

Dated: _June 6, 2023_
   New York, New York