## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  The Honorable Stephen Alexander Vaden, Judge

|  |  |
|---|---|
| ELLWOOD CITY FORGE COMPANY, *et. al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| BGH EDELSTAHL SIEGEN GMBH, | ) ) |
| Defendant-Intervenor. | ) ) |

Consol. Ct. No. 21-00077

### DEFENDANT-INTERVENOR'S RESPONSE TO
### PLAINTIFFS' MOTION TO STRIKE OR FILE A SUR-REPLY

Pursuant to Rule 7(d) of the Rules of this Court, BGH Edelstahl Siegen GmbH ("BGH"), defendant-intervenor and plaintiff in the companion case BGH Edelstahl Siegen GmbH v. United States, Court No. 21-00079 (CIT), respectfully submits this response to the motion to strike or file a sur-reply submitted by Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel and A. Finkl & Sons (collectively "Petitioners") on Friday, February 2, 2024 (ECF No. 86).  BGH understands that, shortly after Petitioners' motion was filed, the Court treated the motion as a motion for leave to file a sur-reply and set a schedule for the Petitioners and the Government to respond to Section I.C of BGH's January 22, 2024 submission (ECF No. 85).  Paperless Order (Feb. 2, 2024) (ECF No. 87).

BGH does not wish to challenge the Court's order but only to respond to the Petitioners' incorrect contention that BGH's comments were untimely.  Indeed, had counsel for Petitioners sought consent for a motion to file a sur-reply, this matter could have been quickly and amicably resolved.

BGH's January 22, 2024 comments were not untimely.  Rather, BGH followed the precise schedule set out by the Court in its July 24, 2023 opinion.  <u>Ellwood City Forge Co. v. United States</u>, Consol. Court No. 21-00077, slip op. 23-110 (CIT 2022).  At end of the opinion, the Court established the schedule for commenting on the second remand redetermination as follows:

> **ORDERED** that Plaintiffs shall have 30 days from the filing of the Second Remand Redetermination to submit comments to the Court; and
>
> **ORDERED** that Defendant shall have 15 days from the date of Plaintiffs' filing of comments to submit a response; and
>
> **ORDERED** that Defendant-Intervenor shall have 15 days from the date of Defendant's filing of comments to submit a response.

<u>Id</u>. at 17-18.

The Court clearly identified the parties at the beginning of the opinion.  The parties represented by the law firm Cassidy Levy Kent LLP were identified as "Plaintiffs" (*i.e.*, "Petitioners").  <u>Id</u>. at 1.  The parties represented by the law firm deKieffer & Horgan, PLLC were identified as "Defendant-Intervenor" (*i.e.*, "BGH").  <u>Id</u>.  Thus, based upon the Court's identification of the parties, "Plaintiffs" could only have meant Petitioners, and "Defendant-Intervenor" (in the singular) could only have meant BGH.  Nowhere in the Court's opinion is BGH referred to under the plural term "Plaintiffs;" nor are Petitioners referred to under the singular term "Defendant-Intervenor."  Accordingly, BGH timely filed its comments on January

22, 2024, within 15 days from the date of Defendant's filing of comments, under the deadline set for "Defendant-Intervenor."

This is precisely the same procedure that was followed with respect to the first remand redetermination, where BGH filed its comments under the deadline set for "Defendant-Intervenor" and also raised its arguments concerning the lack of legal and factual support for Commerce's cost-based PMS adjustments. *See* BGH Reply to Comments on First Remand Redetermination, 5-6 (May 15, 2023) (ECF No. 66). In fact, BGH has consistently raised these issues before Commerce and the Court at every stage of these proceedings. *See, e.g.,* BGH Rule 56.2 Memorandum in Support of Motion for Judgment Upon the Agency Record, 7-19 (Aug. 9, 2021) (ECF No. 23-2); BGH Comments on First Draft Remand Redetermination, 5-21 (Appx012087-012103; Appx099224-099240) (Feb. 15, 2023); BGH Reply to Comments on First Remand Redetermination, 5-6 (May 15, 2023) (ECF No. 66); BGH Comments on Second Draft Remand Redetermination, 5-21 (Appx012174-012190) (Oct. 12, 2023); BGH Comments on Second Remand Redetermination, 6-22 (Jan. 22, 2024) (ECF No. 85). The parties have therefore had abundant opportunity to consider and respond to BGH arguments.

We therefore respectfully request that the Court recognize the factual situation detailed above concerning the timeliness of BGH January 22, 2024 submission.

Respectfully submitted,

/s/ Marc E. Montalbine
Marc E. Montalbine*
J. Kevin Horgan
Gregory S. Menegaz
Alexandra H. Salzman
Merisa A. Horgan
**DEKIEFFER & HORGAN, PLLC**
1156 Fifteenth Street, N.W.

                                        Suite 1101
                                        Washington, DC 20005
                                        Tel: (202) 783-6900
                                        Fax: (202) 783-6909
                                        email:  montalbine@dhlaw.de
                                        *Counsel to BGH Edelstahl Siegen GmbH*

Date: February 5, 2024

---

\* Admitted to Virginia Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).