**U.S. COURT OF INTERNATIONAL TRADE**
**Honorable Timothy M. Reif**

<u>Oral Argument – Thursday, January 22, 2026, at 10:00 a.m.</u>

| 21-00077 (TMR) |
| --- |
| Ellwood City Forge Company et al v. United States |

**Jurisdiction: 1581(c)**

<u>Manifest</u>

| Party | Counsel | Law Firm |
| --- | --- | --- |
| Ellwood City Forge Company et al (Plaintiffs/Consolidated Defendant-Intervenors) | James E. Ransdell, IV | Cassidy Levy Kent (USA) LLP |
| BGH Edelstahl Siegen GmbH (Consolidated Plaintiff/Defendant-Intervenor) | Marc Edward Montalbine | deKieffer & Horgan, PLLC |
| United States (Defendant) | Sosun Bae | U.S. Department of Justice |
|  | Jack Dunkelman | U.S. Department of Commerce |