UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: The Honorable Timothy M. Reif, Judge

| | |
|---|---|
| ELLWOOD CITY FORGE COMPANY, *et. al.*,<br>Plaintiffs/Defendant-Intervenors,<br>v.<br>UNITED STATES,<br>Defendant,<br>and<br>BGH EDELSTAHL SIEGEN GMBH,<br>Defendant-Intervenor/Plaintiff. | Consol. Ct. No. 21-00077 |

**BGH EDELSTAHL SIEGEN GMBH**
**COMMENTS ON FINAL RESULTS OF REDETERMINATION**

Pursuant to the Court's opinion of June 29, 2026 (ECF 130), BGH Edelstahl Siegen GmbH ("BGH"), defendant-intervenor and plaintiff in the companion consolidated case BGH Edelstahl Siegen GmbH v. United States, Court No. 21-00079 (CIT), hereby submits these comments on the final results of redetermination filed by the U.S. Department of Commerce ("Commerce") in this case on October 23, 2026 (ECF 134) ("Third Redetermination"). BGH does not oppose Commerce's final results of redetermination.

Commerce's remand determination relates to its cost-based PMS adjustments for electricity and ferrochrome costs. Commerce issued draft results of redetermination on September 15, 2026 and BGH was the only party submitting comments on the draft

redetermination. The results of the final remand determination submitted by Commerce to this Court are the same as those for the draft remand determination.

Namely, with respect to electricity costs, Commerce has found that its PMS adjustment to the AD margin based upon the CVD subsidy rates calculated for the electricity-related programs would "risk double counting." *See* Third Redetermination, 11. Commerce therefore reduced the AD margin calculated for BGH to 2.46%.

Commerce however maintains its PMS adjustment to ferrochrome costs. As detailed in its comments on Commerce's draft remand determination, BGH continues to maintain that Commerce's redetermination that a particular market situation exists with respect to ferrochrome in Germany due to alleged activities in Kazakhstan is based upon a selective recitation of the facts and broad conclusions not supported by substantial evidence on the administrative record of the antidumping proceeding. Nevertheless, BGH does not believe that any further judicial or administrative proceedings on this issue would result in a meaningful reduction in its estimated weighted-average dumping margin. This is especially true in light of the fact that the underlying antidumping duty order is currently in its fifth review period.

Accordingly, BGH has no further opposition to Commerce's final results of redetermination.

Respectfully submitted,

/s/ *Marc E. Montalbine*

Marc E. Montalbine*
J. Kevin Horgan
Merisa A. Horgan
**deKieffer & Horgan, PLLC**
1015 Fifteenth Street, N.W.
6th Floor
Washington, DC 20005
Tel: (202) 783-6900

email: montalbine@dhlaw.de
*Counsel to BGH Edelstahl Siegen GmbH*

Date: November 23, 2026

---

* Admitted to Virginia Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

**Word Count Certificate of Compliance**

This brief has been prepared utilizing Microsoft Word for Microsoft 365 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with the Chambers Procedures of this Court, the undersigned certifies that these comments comply with the word limitations set forth in section 2(B)(1)(b) of the Chambers Procedures. Specifically, excluding those exempted portions of the brief, as set forth in section 2(B)(1)(c) of the Chambers Procedures, I hereby certify that these comments contain **319** words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

/s/ *Marc E. Montalbine*
Marc E. Montalbine
**deKieffer & Horgan, PLLC**
1015 Fifteenth Street, N.W.
6th Floor
Washington, DC 20005
Tel: (202) 783-6900
Fax: (202) 783-6909
email: montalbine@dhlaw.de
*Counsel to BGH Edelstahl Siegen GmbH*